**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 04-6369

_____

TOUSSAINT LAMONT WILSON,

                                    Petitioner - Appellant,

        versus

C. J. DEROSA, Warden, Fort Dix Federal
Correctional Institution,

                                    Respondent - Appellee.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Jerome B. Friedman, District
Judge.  (CA-03-500-2)

_____

Submitted:  April 15, 2004          Decided:  April 23, 2004

_____

Before NIEMEYER and GREGORY, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Toussaint Lamont Wilson, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Toussaint Lamont Wilson seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C. § 2241 (2000), but properly construed by the district court as a motion under 28 U.S.C. § 2255 (2000).* The order is appealable only if a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). A prisoner satisfies this standard by demonstrating that reasonable jurists would find that his constitutional claims are debatable and that any dispositive procedural rulings by the district court are also debatable or wrong. See Miller-El v. Cockrell, 537 U.S. 322, 336 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000); Rose v. Lee, 252 F.3d 676, 683 (4th Cir. 2001). We have independently reviewed the record and conclude that Wilson has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

*Wilson does not challenge the district court's dismissal of the sole claim properly filed under § 2241.

- 2 -